_____
Honorable Laurel E. Davis
United States Bankruptcy Judge

Entered on Docket
April 22, 2015
_____

**TIFFANY & BOSCO, P.A**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
nvbk@tblaw.com

Wells Fargo Bank, NA
10-74796

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

## LAS VEGAS DIVISION

| In Re: | Bk Case No.: 10-33220-led |
|---|---|
| Thomas Lee Campbell | Date: April 21, 2015<br>Time: 1:30PM |
| | Chapter 13 |
| Debtor | |

## <u>ORDER TERMINATING AUTOMATIC STAY</u>

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is terminated as to the Debtor and the Trustee in favor of Secured Creditor Wells Fargo Bank, NA, its assignees and/or successors in interest, of the subject property, generally described as 6985 Point Cabrillo Court, Las Vegas, NV 89113.

IT IS FURTHER ORDERED that the requirement for Movant to comply with Federal Rules of Bankruptcy Procedure 3002.1 with respect to the Movant's Claim(s) is hereby waived.

IT IS FURTHER ORDERED, ADJUDGED and DECREED That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

**Submitted by:**

**TIFFANY & BOSCO, P.A**

By     /s/Gregory L. Wilde, Esq
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Christopher Patrick Burke, Esq.
Attorney for Debtor

**APPROVED / DISAPPROVED**

By:_____
Kathleen A. Leavitt
Chapter 13 Trustee

<u>ALTERNATIVE METHOD re: RULE 9021:</u>

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ The court has waived the requirements set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

__✓__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and
          any trustee appointed in this case any unrepresented parties who appeared at the hearing,
          and each has approved or disapproved the order, or failed to respond, as   indicated below.

<u>Debtor's counsel:</u>

_____ approved the form of this order                    _____ disapproved the form of this order

_____ waived the right to review the order and/or       _____ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

__✓__ matter unopposed, did not appear at the hearing, waived the right to review the order

<u>Trustee:</u>

_____ approved the form of this order                    _____ disapproved the form of this order

_____ waived the right to review the order and/or       _____ failed to respond to the document

__✓__ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the
          motion pursuant to LR 9014(g), and that no party has objected to the form or content of the
          order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor